UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 5

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4350-CAS (MRWx) | Date | April 15, 2013 |
|---|---|---|---|
| Title | CHERIE J. MORGAN V. AURORA LOAN SERVICES, LLC, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not present | Not present |

**Proceedings:** **(In Chambers:) PLAINTIFF'S MOTION FOR RELIEF FROM ORDER OF DISMISSAL WITHOUT PREJUDICE** (filed March 11, 2013) [Dkt. No. 18]

Plaintiff filed the instant motion for relief from the Court's February 13, 2013, order dismissing this case without prejudice for failure to prosecute, Dkt. No. 17. Defendants have not filed an opposition.

For the reasons stated in plaintiff's moving papers and for good cause shown, the Court GRANTS plaintiff's motion for relief. In particular, plaintiff filed a proof of service in conjunction with its First Amended Complaint, attesting to the fact that defendants were served with a copy of this filing by fax and U.S. Mail.

Accordingly, the Court hereby ORDERS that the case be reopened and the dismissal without prejudice be set aside. Plaintiff is admonished to request that the Court enter default if defendants fail to file an answer or other responsive pleading forthwith.

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| Initials of Preparer | MS | |